FRANKLIN W. CAPWELL, Appellant, v. CHARLES E. FISH, Assignee, etc., Respondent, Impleaded, etc.

Judgment affirmed, with costs of the appeal on the opinion of the trial judge. *Held*, that the judgment dismissing the complaint is not a bar to the plaintiff's right to enforce his lien on the policy, nor to his right to a reimbursement out of the money received by the assignee under the policy. SMITH, J., not sitting.

CAROLINE BENNETT, Respondent, v. LUCINDA A. PALMER AND ANOTHER, Appellants.

Judgment reversed, and new trial ordered in Monroe County Court, costs to abide event. *Held*, that the objection to the question at folio 178 of the case was erroneously overruled.

JAMES F. MANN, Receiver, etc., Respondent, v. JASON D. BOUTON, Appellant.

Judgment and order affirmed, on authority of *Bissell* v *Kellogg* (60 Barb., 617). HARDIN, J., not sitting.

HENRY STEVENS, Appellant, v. THE BUFFALO AND AURORA PLANK ROAD COMPANY, Respondent.

Judgment reversed, and new trial granted, costs to abide event. *Held*, that the evidence offered by the plaintiff of the declarations of the defendant's superintendent respecting the condition of the road, and his directions to repair the same, was improperly excluded.